IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| FBI WIND DOWN, INC. (f/k/a Furniture Brands International, Inc.), et al., | Case No. 13-12329 (CSS) |
| Debtors. | |

---------------------------------------------------------------------------x

| | |
|---|---|
| FBI WIND DOWN, INC. LIQUIDATING TRUST, by and through Alan D. Halperin, as Liquidating Trustee, | |
| | Adv. Proc. No. 15-51082 (CSS) |
| Plaintiff, | |
| - against - | |
| PREMIUM FABRICATORS LLC, | |
| Defendant. | |

---------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE OF ADVERSARY PROCEEDING**

Plaintiff, Alan D. Halperin, Esq., as the Liquidating Trustee of the FBI Wind Down, Inc. Liquidating Trust, in the above-captioned adversary proceeding, hereby respectfully requests that the Court immediately dismiss, without prejudice, the above-captioned Adversary Proceeding against the Defendant, pursuant to Bankruptcy Rule 7041 and Fed. R. Civ. P. 41(a)(1)(i). No answer has been filed by the Defendant. This adversary proceeding is hereby closed.

**[SIGNATURE PAGE FOLLOWS]**

Dated: Wilmington, Delaware
September 8, 2015

**BLANK ROME LLP**

 /s/ *Victoria A. Guilfoyle*
Michael B. Schaedle, Esq.
Victoria A. Guilfoyle, Esq. (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware  19801
Telephone:    (302) 425-6400
Facsimile:     (302) 425-6464

-and-

Edward L. Schnitzer, Esq.
**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York  10022
Telephone:    (212) 478-7200
Facsimile:     (212) 478-7400

*Co-Counsel for the Liquidating Trustee*